ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
DENNIS J. HANNA, CSBN 184475
Special Assistant United States Attorney
   Social Security Administration
   160 Spear St., Suite 800
   San Francisco, CA  94105
   Telephone:  (415) 977-8962
   Facsimile:  (415) 744-0134
   Email:  Dennis.Hanna@ssa.gov
Attorneys for Defendant

JS-6 ENTERED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| BARBARA A. MATKOVICH,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>    Defendant. | No. 2:13-cv-06235-BRO-RNB<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand. **IT IS SO ORDERED.**

Dated:  February 21, 2014

                          HONORABLE BEVERLY REID O'CONNELL
                          UNITED STATES DISTRICT COURT JUDGE